UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMIN ASHLEY JOHNSON,

           Plaintiff,

- against -

AFNI, INC., ET AL.,

           Defendants.

22-cv-2930 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Clerk is directed to reopen this case because two defendants remain in the case. The pre-motion conference will proceed, by phone, as originally scheduled on April 27, 2022 at 11:00 a.m. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           April 22, 2022

                                          John G. Koeltl
                                 United States District Judge