UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMIN ASHLEY JOHNSON,

                Plaintiff,

    - against -

AFNI, INC., ET AL.,

                Defendants.

---

22-cv-2930 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants should respond to the plaintiff's motion to remand by May 6, 2022. The plaintiff may reply by May 13, 2022. The time for the defendants to move or answer is stayed pending a decision on the motion to remand.

SO ORDERED.

Dated:    New York, New York
           April 27, 2022

                                                  _____
                                                     John G. Koeltl
                                            United States District Judge