```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JASMIN ASHLEY JOHNSON,

            Plaintiff,

- against -

AFNI, INC., ET AL.,

            Defendants.

22-cv-2930 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the plaintiff to file a reply in support of the plaintiff's motion to remand is extended to May 20, 2022. If the plaintiff does not file a reply by May 20, the Court will consider the motion fully briefed.

SO ORDERED.

Dated:    New York, New York
            May 17, 2022

                                      John G. Koeltl
                               United States District Judge