UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMIN ASHLEY JOHNSON,

    Plaintiff,

- against -

AFNI, INC., ET AL.,

    Defendants.

22-cv-2930 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The defendants are directed to submit courtesy copies of all papers filed in connection with the pending fully briefed motions to dismiss. ECF Nos. 33, 35.

SO ORDERED.

Dated: New York, New York
   January 17, 2023

             _____
              John G. Koeltl
            United States District Judge