UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMIN ASHLEY JOHNSON,

            Plaintiff,

- against -

AFNI, INC., ET AL.,

            Defendants.

---

22-cv-2930 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On April 15, 2023, this Court issued a Memorandum Opinion and Order that granted the defendants' motions to dismiss (ECF Nos. 33, 35) and dismissed the plaintiff's complaint "without prejudice to the filing of an amended complaint within thirty days" of that date. ECF No. 40. The plaintiff was cautioned that "[i]f the plaintiff fails to file such an amended complaint by that deadline, this case will be dismissed with prejudice." Id.

More than 30 days have elapsed, and to date, the plaintiff has not filed an amended complaint. Accordingly, this action is **dismissed with prejudice.** The Clerk is respectfully directed to enter judgment dismissing the action with prejudice and to close this case.

SO ORDERED.

Dated:    New York, New York
           May 19, 2023

                                              John G. Koeltl
                                        United States District Judge