**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JASMIN ASHLEY JOHNSON

                      Plaintiff,                    22 **CIVIL** 2930 (JGK)

      -against-                          **JUDGMENT**

AFNI, INC., ET AL.,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 19, 2023, more than 30 days have elapsed, and to date, the plaintiff has not filed an amended complaint. Accordingly, this action is dismissed with prejudice. Judgment issued dismissing the action with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          May 22, 2023

                                                      **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                    **BY:**

                                                            **Deputy Clerk**